546

## LEE v. STATE.
No. 13552.

Court of Criminal Appeals of Texas.
May 21, 1930

S. O. Lovejoy, of Houston, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for assault with intent to murder, punishment being ten years in the penitentiary.

The record is here without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.